ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
LUIS RAMOS,                     :
                                :
            Plaintiff,          :
                                :
    - v. -                      :
                                :   STIPULATION AND ORDER
                                :
MICHAEL J. ASTRUE,              :   07 Civ. 08317 (RMB)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from January 14, 2008 to and including March 14, 2008.  This extension is requested

because the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       December 14, 2007

*[signature]*
CHRISTOPHER J. BOWES, ESQ.
Attorney for Plaintiff
54 Cobblestone Drive
Shoreham, New York 11786
Telephone No: (631) 929-1700

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *[signature]*
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED:

*[signature]* Richard M. Berman
UNITED STATES DISTRICT JUDGE
12/26/07