UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :
LUIS A. RAMOS,                        :    **REVISED**
                                      :    **BRIEFING SCHEDULE**
              Plaintiff,              :
                                      :
        - v. -                        :    07 Civ. 8317 (RMB)(HBP)
                                      :
MICHAEL J. ASTRUE,                    :
Commissioner of Social Security,      :
                                      :
              Defendant.              :
- - - - - - - - - - - - - - - - - - -x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-2-09
```

    IT IS HEREBY ORDERED that:

    1.  Defendant shall file his response and cross motion on or before May 1, 2009;

    2.  Plaintiff shall file a response and reply on or before May 15, 2009; and

    3.  Defendant shall file a reply, if any, on or before May 29, 2009.

SO ORDERED:

_____
         4-2-09
United States Magistrate Judge